UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

| | | |
|---|---|---|
| UNITED STATES, | : | |
| Plaintiff-Appellant, | : | |
| | : | Appeal No. 24-1069 |
| v. | : | |
| | : | |
| AMERICAN HOME ASSURANCE | : | |
| COMPANY, | : | |
| Defendant-Appellee. | : | |

_____ :

## CONSENT MOTION FOR AN EXTENSION OF TIME

Pursuant to Rules 26(b) and 27, Federal Rules of Appellate Procedure, and Rules 26 and 27, Rules of the United States Court of Appeals for the Federal Circuit, plaintiff-appellant respectfully moves this Court for a sixty (60) day extension of time in which to file its brief.   The Government's brief is currently due on December 22, 2023, and a sixty (60) day extension of time would extend this due date to and including February 20, 2024.   This is plaintiff-appellant's first request for an extension of time for this purpose.

We have not, to date, obtained authority from the Solicitor General to perfect the appeal of this case through the filing of our briefs.   Only the Solicitor General can authorize the perfection of an appeal before this Court.   This extension of time is necessary to permit us to complete the recommendation to the Solicitor General so that she may reach a decision, to modify any filings to conform to the views of the Solicitor General, and to finalize, print, and file our

brief, if approval is obtained from the Solicitor General.

On December 8, 2023, Taylor Pillsbury, Esq., of the law firm Meeks, Sheppard, Leo & Pillsbury LLP, counsel for defendant-appellee American Home Assurance Company, advised that defendant-appellee consents to the Government's requested 60-day extension of time.

WHEREFORE, plaintiff-appellant respectfully requests that its consent motion for an extension of time to file its brief be granted.

<div style="margin-left:40%">

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

By:    /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Beverly A. Farrell
BEVERLY A. FARRELL
Senior Trial Attorney
Dept. of Justice, Civil Division
26 Federal Plaza, Room 346
New York, New York 10278
Tel. No. (212) 264-9230 or 0483
Attorneys for Defendant-Appellee

</div>

Dated: December 14, 2023

## CERTIFICATE OF SERVICE

I hereby certify that, on December 14, 2023, a copy of the foregoing

Consent Motion for an Extension of Time in Appeal No. 24-1069 was filed

electronically.   I understand that notice of this filing will be sent to all parties by

operation of the Court's electronic filing system.   Parties may access this filing

through the Court's system.

/s/ Beverly A. Farrell
Beverly A. Farrell
Senior Trial Attorney

## CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32

I, Beverly A. Farrell, a Senior Trial Attorney in the Office of the Assistant

Attorney General, Civil Division, Commercial Litigation Branch, International

Trade Field Office, who is responsible for the foregoing motion, relying upon the

Microsoft Word count feature of the word processing program used to prepare the

brief, certify that this brief complies with the type-volume limitation under Rule 32

(g)(1), and contains 248 words.

/s/ Beverly A. Farrell
Beverly A. Farrell

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

| | |
|---|---|
| UNITED STATES, | : |
|               Plaintiff-Appellant, | : |
| | : |
| v. | : |
| | : |
| AMERICAN HOME ASSURANCE | : |
| COMPANY, | : |
|              Defendant-Appellee. | : |

Appeal No. 24-1069

_____

## DECLARATION

Beverly A. Farrell submits this declaration and says:

1.     I am the attorney in the International Trade Field Office, Civil Division, U.S. Department of Justice, primarily responsible for this appeal.

2.     The brief of the United States, plaintiff-appellant, is currently due to be filed under the Rules of this Court on December 22, 2023. This is the first request for an extension of time to file our principal brief. A sixty (60) day extension of time would set the due date to and including February 20, 2024.

3.     On December 8, 2023, Taylor Pillsbury, Esq., of the law firm Meeks, Sheppard, Leo & Pillsbury LLP, counsel for defendant-appellee American Home Assurance Company, advised that defendant-appellee consents to the Government's requested 60-day extension of time.

4.     We have not, to date, obtained authority from the Solicitor General to perfect the appeal of this case through the filing of our briefs. Only the Solicitor

General can authorize the perfection of an appeal before this Court.

5.      This extension of time is necessary to permit us to complete the

recommendation to the Solicitor General so that she may reach a decision, to

modify any filings to conform to the views of the Solicitor General, and to finalize,

print, and file our brief, if approval is obtained from the Solicitor General.

 

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2023.  *See* 28 U.S.C. § 1746(2).

 

                  /s/ Beverly A. Farrell
BEVERLY A. FARRELL
Senior Trial Attorney