FORM 18. Joint Stipulation of Voluntary Dismissal

Form 18
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number** 24-1069

**Short Case Caption** US v. American Home Assurance Company

**Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

24-1069

Costs are to be assigned as follows:

☑ Each side shall bear their own costs.

☐ Other:

Date: April 16, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

By:/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Beverly A. Farrell

BEVERLY A. FARRELL

Senior Trial Attorney

Dept. of Justice, Civil Division

26 Federal Plaza, Room 346

New York, New York 10278

Tel. No.: (212) 264-9230 or 0483

Date: _April 16, 2024_

Signature: _____

Name: _Taylor Pillsbury Atty in Fact_

Party Name: American Home Assurance Company

☐     Additional pages attached

Save for Filing

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____

| | | |
|---|---|---|
| UNITED STATES, | : | |
| Plaintiff-Appellant, | : | |
| | : | Appeal No. 24-1069 |
| v. | : | |
| | : | |
| AMERICAN HOME ASSURANCE | : | |
| COMPANY, | : | |
| Defendant-Appellee. | : | |

_____:

## CERTIFICATE OF SERVICE

I hereby certify that, on April 17, 2024, a copy of the foregoing Form 18

Joint Stipulation of Voluntary Dismissal in Appeal No. 24-1069 was filed

electronically.  I understand that notice of this filing will be sent to all parties by

operation of the Court's electronic filing system.  Parties may access this filing

through the Court's system.


/s/ Beverly A. Farrell
Beverly A. Farrell
Senior Trial Attorney